UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRAIG FRANKE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:06-CV-1054 CAS |
| | ) |
| JEREMIAH JAY NIXON, | ) |
| | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, with prejudice.

**IT IS FURTHER ORDERED** that petitioner is **DENIED** a certificate of appealability if he appeals this order of dismissal.

Dated this  6th  day of February, 2007.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**